

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARMANDO ROJERO, | § | No. 08-14-00247-CR |
| Appellant | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130C12068) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Armando Rojero has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


STEVEN L. HUGHES, Justice

November 7, 2014

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)